IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER RICE and ERIK WESTERVELT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, inclusive,<br><br>Defendant(s). | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 24-2647<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 19th day of May, 2025, upon consideration of Defendant's Motion to Compel Arbitration and to Stay, or, in the Alternative, Dismiss Plaintiffs' First Amended Complaint (ECF No. 20), Plaintiffs' Opposition (ECF No. 22), and Defendant's Reply (ECF No. 24), Defendant's Motion (ECF No. 20) is **GRANTED** to the extent it seeks to compel arbitration and stay the case and **DENIED AS MOOT** to the extent it seeks dismissal. The parties must advise the Court of the status of this case no later than seven (7) days from the completion of arbitration.

s/ANITA B. BRODY, J.<br>
ANITA B. BRODY, J.