**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER RICE, and ERIK WESTERVELT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, inclusive,<br><br>Defendant(s). | Civil Action No. 2:24-cv-2647 |

**JOINT STATUS REPORT**

On May 19, 2025, the Court entered its order compelling the matter to arbitration. On June 27, 2025, Plaintiffs submitted their demand for arbitration to the American Arbitration Association ("AAA"). On July 10, 2025, the AAA confirmed that the demand had been received and the case would be assigned to a case management for commencement. The Parties are currently awaiting assignment of the case to a AAA case manager, as well as for an arbitrator to be selected to preside over the matter. In the meantime, the Parties intend to explore a possible resolution of the claims at issue.

By:    /s/ Todd M. Friedman
          Todd M. Friedman (SBN 310961)
          tfriedman@toddflaw.com
          Matthew R. Snyder (SBN 335111)
          msnyder@toddflaw.com
          21031 Ventura Blvd., Suite 340
          Woodland Hills, CA 91364
          Tel: 323-306-4234

          *Attorneys for Plaintiffs, Jennifer Rice and Erik Westervelt*

By: <u>/s/ Andrew Atkins</u>
TROUTMAN PEPPER LOCKE LLP
Andrew Atkins (*Pro Hac Vice*)
Jason Evans (*Pro Hac Vice*)
Anais Jaccard (*Pro Hac Vice*)
Andrew.Atkins@troutman.com
Jason.Evans@troutman.com
Anais.Jaccard@troutman.com
301 S. College St., Fl. 34
Charlotte, NC 28202
Tel: (704) 916-1504

A. Christopher Young (PA I.D. 55742)
Christopher.Young@troutman.com
3000 Two Logan Square
Philadelphia, PA 19103Tel: (215) 981-4000

*Attorneys for Defendant*