**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JENNIFER RICE, and ERIK WESTERVELT,
individually and on behalf of all others
similarly situated,

Plaintiffs,                                          Civil Action No. 2:24-cv-02647-AB

      vs.

WELLS FARGO BANK, NATIONAL
ASSOCIATION; and DOES 1-10, inclusive,

Defendant(s).

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
**WITH PREJUDICE AS TO PLAINTIFFS AND WITHOUT**
**PREJUDICE TO THE PUTATIVE CLASS**

NOW COME THE PLAINTIFFS by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiffs and without prejudice as to the putative class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

By:    /s/ Todd M. Friedman
        Todd M. Friedman (SBN 310961)
        tfriedman@toddflaw.com
        Matthew R. Snyder (SBN 335111)
        msnyder@toddflaw.com
        23586 Calabasas Rd., Suite 105
        Calabasas, CA 91302
        Tel: 323-306-4234

        *Attorneys for Plaintiffs, Jennifer Rice and*
        *Erik Westervelt*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, this document was filed using the Court's CM/ECF system, and is available for viewing and download by all parties.

By:  /s/ Todd M. Friedman
Todd M. Friedman